1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Phone: 510/548-7300
   Fax: 510/540-4821
4

5  Attorney for Plaintiffs
   Michele Varian and Michele Varian, Inc.

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHELE VARIAN, an individual and MICHELE VARIAN, INC., a New York Corporation, | Case No. C-05-02078 PJH |
| | **NOTICE OF VOLUNTARY DISMISSAL**; AND ORDER |
| Plaintiffs, | |
| v. | |
| THE MAY DEPARTMENT STORES COMPANY, a New York Corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Proc. 41(a), that Plaintiffs Michele Varian and Michele Varian, Inc. voluntarily dismiss each of the above-captioned Defendants with prejudice.

NOTICE OF VOLUNTARY DISMISSAL – PAGE 1

1

2  Dated: August 8, 2005                                    LAW OFFICE OF ALAN KORN

3

4

5                                                   By: _____
                                                        Alan Korn
6                                                       Attorney for Plaintiffs
                                                        Michele Varian and Michele Varian, Inc.
7

8

9

10

11

12

13

14

15                                          
                                            IT IS SO ORDERED
16                                          Judge Phyllis J. Hamilton

17

18

19

20

21

22

23

24

25

NOTICE OF VOLUNTARY DISMISSAL – PAGE 2